IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK CLARK JR., # 157582, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:09-CV-1065-WKW |
| | ) |
| RICHARD ALLEN and | ) |
| LOUIS BOYD, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On February 27, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 20) regarding Defendants' Motion for Summary Judgment (Doc. # 9). No timely objections have been filed. Based upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1.   The Recommendation of the Magistrate Judge (Doc. # 20) is ADOPTED;

2.   Defendants' Motion for Summary Judgment (Doc. # 9) is GRANTED; and

3.   this case is DISMISSED with prejudice.

A separate final judgment will be issued.

DONE this 20th day of March, 2012.

                                                /s/ W. Keith Watkins  
                                   CHIEF UNITED STATES DISTRICT JUDGE